No. 305, Misc.  TAHL *v.* CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.  *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Ronald M. George,* Deputy Attorney General, for respondent.

No. 437, Misc.  WOOTEN *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 475, Misc.  HISQUIERDO *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 477, Misc.  FARLEY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 483, Misc.  MYLES *v.* NELSON, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 484, Misc.  ELLIOTT *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 490, Misc.  NAWROCKI *v.* MICHIGAN.  Sup. Ct. Mich.  Certiorari denied.

No. 496, Misc.  POSEY *v.* BETO, CORRECTIONS DIRECTOR. Ct. Crim. App. Tex.  Certiorari denied.

No. 497, Misc.  TATREAU *v.* NEBRASKA.  Sup. Ct. Neb. Certiorari denied.